UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM BRICK, | NO. C16-1336-RSM |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| MARGARET GILBERT, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the remaining record, and no objections having been filed, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's habeas petition is DENIED as time barred, and this action is DISMISSED with prejudice.

3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted in this action.

\\

\\

ORDER OF DISMISSAL - 1

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 12th day of May 2017.

                                                                 RICARDO S. MARTINEZ
                                                                 CHIEF UNITED STATES DISTRICT JUDGE